UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICHAEL O'CONNOR,<br><br>    Plaintiffs,<br><br>v.<br><br>CYMER, LLC, a Nevada company,<br><br>    Defendants. | Case No. 1:16-cv-00532-BLW<br><br>**ORDER APPROVING STIPULATION TO AMEND COMPLAINT** |

The Court has before it the parties' Stipulation to Amend Complaint (Dkt. 20). Federal Rule of Civil Procedure 15(a)(2) provides that a party may amend its pleading at any time "with the opposing party's written consent or the court's leave" and that the Court "should freely give leave when justice so requires." All parties here consent to the proposed amendment. Moreover, the motion was filed within the deadline for amended pleadings. *See Case Management Order*, Dkt. 16. Accordingly,

**IT IS HEREBY ORDERED** that the Stipulation to Amend Complaint (Dkt. 20) is **APPROVED**. Plaintiff shall file an amended complaint identical to that attached as Exhibit 1 to the Motion.

DATED: May 12, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court

**ORDER APPROVING STIPULATION TO AMEND COMPLAINT - 1**